UNITED STATES CIRCUIT COURT OF APPEALS
ELEVENTH CIRCUIT

APPEAL NO. 23-11979-G
District Court Case No. 8:20-CV-00325-MSS-MRM

---

ROBERT ARMIJO,

Appellant,

v.

BURTON WIAND, ET AL.,

Appellees.

---

Appeal from the United States District Court
for the Middle District of Florida

---

## NOTICE OF SETTLEMENT AND JOINT MOTION FOR LIMITED REMAND

---

| | |
|---|---|
| **JOHNSON POPE BOKOR RUPPEL & BURNS, LLP** | **GRIFFIN DURHAM TANNER & CLARKSON, LLC** |
| Scott Ilgenfritz, Esq. | R. Brian Tanner, Esq. |
| Guy M. Burns, Esq. | Georgia Bar No. 697615 |
| 401 East Jackson Street | 104 West State Street, Suite 200 |
| Suite 3100 | Savannah, Georgia 31401 |
| Tampa, Florida 33602 | *Counsel for Appellant Armijo* |
| *Counsel for Appellee Wiand* | |

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, undersigned counsel for Appellant Robert Armijo hereby certifies that the following person(s) may have an interest in the outcome of this case:

1. 128 E. Davis Blvd, LLC - Defendant

2. 310 78th Ave, LLC - Defendant

3. 551 3D Ave S, LLC - Defendant

4. 604 West Azeele, LLC - Defendant

5. 2101 W. Cypress, LLC - Defendant

6. 2112 W. Kennedy Blvd, LLC - Defendant

7. 5123 E. Broadway Ave, LLC – Defendant

8. Armijo, Robert Joseph – Appellant/Objector

9. Balint, Francis J., Jr. – Attorney for Movant Investor Plaintiffs

10. Bank of America, N.A. – Movant

11. Bentley, Arthur Lee, III – Attorney for Movant DLA Piper LLP

12. Blatt, Gayle M. – Attorney for Movant Investor Plaintiffs

13. Blue Waters TI, LLC – Defendant

14. Bnaz, LLC - Defendant

15. Bonnett Fairbourn Friedman & Balint – Attorneys for Movant Investor Plaintiffs

16. BR Support Services, LLC – Defendant

17. Bradley Arant Boult Cummings LLP – Attorneys for Movant DLA Piper LLP

18. Braverman, Jaimee L. – Attorney for Movant Bank of America, N.A.

19. Bungalows TI, LLC – Defendant

20. Burns, Guy M. – Attorney for Receiver

21. Bushman, Howard Mitchell – Attorney for Movant Investor Plaintiffs

22. Capri Haven, LLC – Defendant

23. Carlton Fields, P.A. – Attorneys for Movant Wassgren

24. Casey Gerry Schenk Francavilla Blatt & Penfield – Attorneys for Movant Investor Plaintiffs

25. Cohen, Lonnie – Former Attorney for certain Defendants

26. Contreras-Martinez, Carmen – Attorney for Defendant Ferrari Financial Services, Inc.

27. Cordano, Miguel Mario – Attorney for Movant Bank of America, N.A.

28. Cotchett Pitre & McCarthy, LLP – Attorneys for Objector Mar

29. Davis, Gerald D. – Attorney for Defendant Davison

30. Davison, Brian – Defendant

31. DLA Piper LLP - Movant

32. Donlon, Katherine C. – Attorney for Receiver

33. Dunn DeSantis Walt & Kendrick, LLP – Attorneys for Objector Armijo

34. EA NY, LLC - Defendant

35. EA SIP, LLC – Defendant

36. Edelsberg Law, P.A. – Attorneys for Movant Investor Plaintiffs

37. Essling, Mark, as executor of estate of Judith Essling - Movant

38. Equialt 519 3rd Ave S., LLC - Defendant

39. Equialt Capital Advisors

40. Equialt LLC – Defendant

41. Equialt Fund, LLC - Defendant

42. Equialt Fund II, LLC – Defendant

43. Equialt Qualified Opportunity Zone Fund, LP

44. Equialt Secured Income Portfolio REIT, Inc.

45. Farano, Charles – Defendant

46. Fels, Adam Seth – Attorney for Defendant Rybicki

47. Ferrari Financial Services, Inc. – Defendant

48. Fischer, Howard Andrew – Attorney for Defendant Davison

49. Fleesler, Gregory J. – Attorney for Defendant Davison

50. Fox Rothschild LLP - Movant

51. Friedman, Andrew S. – Attorney for Movant Investor Plaintiffs

52. Friedman Fels & Soto, PLLC – Attorneys for Defendant Rybicki

53. Gaugash, Simon Alexander – Attorney for Movant Paul Wassgren

54. Genovese, Joblove & Battista, PA – Attorneys for Defendant Ferrari Financial Services

55. Gunster – Attorneys for Movant Fox Rothschild LLP

56. Harris, Charles M., Jr. – Attorney for Defendant Davison

57. Investor Plaintiffs (approximately 1,100 investors in various Equialt entities) – Movants

58. Jared J. Perez P.A. – Attorneys for Receiver

59. Johnson, Alise M. – Attorney for SEC

60. Johnson, Cassidy, Newlon & DeCort – Attorney for Receiver

61. Johnson, Pope, Bokor, Ruppel & Burns, LLP – Attorneys for Receiver

62. Kolod, Alexandra P. – Attorney for Defendant Davison

63. Law Offices of Charles M. Farano – Attorneys for Defendant Farano

64. Liebler, Gonzalez & Portuondo, PA – Attorneys for Movant Bank of America, N.A.

65. Magilligan, Donald J. – Attorney for Objector Mar

66. Mar, Robert G. – Objector

67. Maria Yip CPA

68. McDonald Revocable Living Trust – Defendant

69. McFaul, James A. – Attorney for Objector Armijo

70. Meek, David A., II – Attorney for Movant Essling

71. Molumphy, Mark C. – Attorney for Objector Mar

72. Morse, Adriaen M., Jr. – Attorney for Objector Armijo

73. Moses & Singer, LLP – Attorneys for Defendant Davison

74. Moskowitz, Adam M. – Attorney for Movant Investor Plaintiffs

75. The Moskowitz Law Firm – Attorneys for Movant Investor Plaintiffs

76. O'Brien, Russell – Attorney for SEC

77. Padgett Law, PA – Attorneys for Defendant Davison

78. Padgett, Stanley T. – Attorney for Defendant Davison

79. Perez, Jared J. – Attorney for Receiver

80. Prevost, Tamarah P. – Attorney for Objector Mar

81. Rybicki, Barry M. – Defendant

82. Rowe, Chanel – Attorney for SEC

83. Schifino, William J., Jr. – Attorney for Movant Fox Rothschild LLP

84. Schwartzbaum, Adam A. – Attorney for Movant Investor Plaintiffs

85. SECIL Law PLLC – Attorneys for Objector Armijo

86. Securities and Exchange Commission – Plaintiff

87. Shutts & Bowen LLP – Former Attorneys for certain Defendants

88. Silver Sands TI, LLC – Defendant

89. Smith, Gambrell & Russell LLP – Attorneys for Receiver

90. Sonn, Jeffrey Roger – Attorney for Movant Investor Plaintiffs

91. Sonn Law Group PA – Attorneys for Movant Investor Plaintiffs

92. Stallmo, Dawn – Intervenor Defendant

93. Stallmo, Scott – Defendant

94. State of Florida DBPR, Division of Hotels and Restaurants – Defendant

95. Stines, Robert A. – Attorney for Receiver

96. TB Oldest House Est. 1842, LLC – Defendant

97. Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis – Attorneys for Defendant Davison

98. Trenam Law – Attorneys for Defendant Davison

99. Wassgren, Paul - Movant

100. Wiand, Burton W. – Receiver

101. Wiand Guerra King – Receiver

Appellant Armijo certifies through counsel that he knows of no publicly traded company or corporation that has an interest in the outcome of the case or appeal.

                     **GRIFFIN DURHAM TANNER & CLARKSON LLC**

          By: /s/ R. Brian Tanner
               R. Brian Tanner
               Georgia Bar No. 697615
               btanner@griffindurham.com
               104 West State Street, Suite 200
               Savannah, Georgia 31401
               Ph/Fax: 912-867-9140

*Counsel for Appellant Armijo*

Appellant Robert Armijo and Appellee Burton Wiand hereby respectfully submit their Notice of Settlement and Joint Motion for Limited Remand, and show as follows:

1.  All parties to this appeal have entered into a settlement agreement and release that will dispose of all issues raised in this appeal.

2.  Because this appeal and the settlement arise out of a receivership action, the agreement and release are subject to approval by the district court. Appellee Burton Wiand, the Receiver, already has filed with the district court an unopposed motion to approve the settlement and release. *See* Exhibit A.

3.  The parties to this appeal respectfully request that this Court grant a limited remand of this appeal in order to empower the district court to consider and approve the Receiver's unopposed motion to approve the settlement and release.

4.  If the appeal is remanded and the district court approves and certain conditions subsequent are satisfied, all issues presented in this appeal will be resolved, and the appeal will be dismissed.

5.  The parties additionally request that this Court stay all pending deadlines in this appeal during the period of limited remand.

The Parties anticipate that the district court will approve the settlement agreement and release and the conditions subsequent will be satisfied within sixty (60) days.

For the foregoing reasons, the parties request that this motion be granted.

Respectfully submitted,

**GRIFFIN DURHAM TANNER & CLARKSON LLC**

By: /s/ R. Brian Tanner
R. Brian Tanner
Georgia Bar No. 697615
btanner@griffindurham.com
104 West State Street, Suite 200
Savannah, Georgia 31401
Ph/Fax: 912-867-9140

*Counsel for Appellant Armijo*

**JOHNSON POPE BOKOR RUPPEL & BURNS, LLP**

By: /s/ Scott Ilgenfritz
Scott Ilgenfritz, Esq.
Florida Bar No. 394084
scotti@jpfirm.com
Guy M. Burns, Esq.
Florida Bar No. 160901
guyb@jpfirm.com
401 East Jackson Street, Suite 3100
Tampa, Florida 33602

*Counsel for Appellee Wiand*

## CERTIFICATE OF COMPLIANCE
## WITH TYPEFACE AND TYPE-STYLE REQUIREMENTS

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), because this document has been prepared in a proportionally-spaced typeface using Microsoft Office Word in fourteen-point Century Schoolbook font.

                                        **GRIFFIN DURHAM TANNER & CLARKSON LLC**

                By: /s/ R. Brian Tanner
                    R. Brian Tanner
                    Georgia Bar No. 697615
                    btanner@griffindurham.com
                    104 West State Street, Suite 200
                    Savannah, Georgia 31401
                    Ph/Fax: 912-867-9140

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the U.S. Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on October 4, 2023. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

                              **GRIFFIN DURHAM TANNER & CLARKSON LLC**

                              By: /s/ R. Brian Tanner
                                  R. Brian Tanner
                                  Georgia Bar No. 697615
                                  btanner@griffindurham.com
                                  104 West State Street, Suite 200
                                  Savannah, Georgia 31401
                                  Ph/Fax: 912-867-9140